No. 839.   HORSMAN DOLLS, INC. *v.* NEW JERSEY UN-
EMPLOYMENT COMPENSATION COMMISSION.     Feb-
ruary 3, 1947.   *Per Curiam:* The motion to dismiss is
granted and the appeal is dismissed for the want of a sub-
stantial federal question.   *Nathan Bilder* for appellant.
*Herman D. Ringle* for appellee.

No. 97, Misc.   EX PARTE MEYERS.   February 3, 1947.
The motion for leave to file petition for writ of prohibition
is denied.

No. 98, Misc.   EX PARTE EATON.   February 3, 1947.
The motion for leave to file petition for writs of habeas
corpus and certiorari is denied.

No. 99, Misc.   EX PARTE EVANS.   February 3, 1947.
The motion for leave to file petitions for writs of habeas
corpus and certiorari is denied.

No. 100, Misc.   EX PARTE DELISLE.   February 3, 1947.
The motion for leave to file petition for writ of habeas
corpus is denied.